THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VENKATESWARARAO GOVINDARAJULUJAYARAMAN | § | CASE NO. 23-41358-R |
| XXX-XX-1807 | § | |
| 13395 ALLENWOOD AVENUE | § | CHAPTER 13 |
| FRISCO, TX 75035 | § | |
| | § | |
| DEBTOR | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING ON October 18, 2023, AT 10:00 am AS FOLLOWS:**

**THE MOTION TO DISMISS HEARING WILL BE HELD TELEPHONICALLY. TO OBTAIN A NUMBER AND CONFERENCE CODE FOR THIS HEARING, PLEASE VISIT THE TRUSTEE WEBSITE AT WWW.PLANOCH13.COM**

COMES NOW Carey D. Ebert, and files this Motion to Dismiss in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

* The Debtor has unreasonably delayed the case because the Debtor has failed to make Chapter 13 plan payments as required by 11 USC §1326(a)(1). Failure to perform this duty constitutes an unreasonable delay by the Debtor that is prejudicial to creditors under 11 USC §1307(c)(1) and amounts to a material default of a confirmed plan under 11 USC §1307(c)(6), and thus cause exists for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, prays that this case be dismissed for cause.

Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, TBN 05332500
H. Jefferson LeForce, TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580
ch13plano@ch13plano.com

CERTIFICATE OF SERVICE

This is to certify the foregoing has been served on: (a) the parties listed below by either first class mail, the Court's electronic filing system (ECF), or by electronic means the recipient has consented to in writing; (b) all other parties receiving ECF notice; and (c) on any other party as listed in any additional certificate of service filed in connection with this pleading

VENKATESWARARAO GOVINDARAJULUJAYARAMAN
13395 ALLENWOOD AVENUE
FRISCO, TX 75035

Dated: September 26, 2023

/s/ Carey D. Ebert

Office of the Standing Chapter 13 Trustee