Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

---

Bankruptcy Proceeding No.: 23−41358
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Venkateswararao Govindarajulujayaraman
13395 Allenwood Ave
Frisco, TX 75035

Social Security / Individual Taxpayer ID No.:
xxx−xx−1807

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Telephonic hearing to be held:

on 10/18/23 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 10/18/2023 at 10:00 AM at TELEPHONIC HEARING LOCATION. (Attachments: # 1 Proposed Order)(Ebert, Carey)

Dated: 9/27/23

Jason K. McDonald
Clerk, U.S. Bankruptcy Court